PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yaneira Perdomo            **Docket Number:** 10-00436-001
                                                                                      **PACTS Number:** 53790

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                                             SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** May 17, 2011, Violation of Probation.

**Original Offense:** Importation of Cocaine into the United States

**Original Sentence:** 30 days imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 06/15/11

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Carol Gillen, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.           The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

            The offender tested positive for marijuana usage on October 12, 2011, October 18, 2011, and November 2, 2011.

2.           The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

            **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and**

PROB 12C - Page 2
Yaneira Perdomo

treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

(A) On September 15, 2011, the offender was referred for outpatient drug treatment. She failed to appear for six scheduled appointments to complete the intake assessments necessary for treatment.

(B) On October 15, 2011, the offender failed to submit to a scheduled drug test as required.

(C) On November 2, 2011, based on the offender's marijuana addiction, inability to attend outpatient treatment, and lack of support and structure, Daytop Drug Program recommended that the offender return to residential treatment for no less than nine months. At that time, the offender refused to enroll in another residential treatment program.

(D) On January 31, 2012, the offender entered residential treatment at the Green Hope Treatment Facility. On August 17, 2012, the offender was permanently discharged from treatment after she willfully separated from treatment against clinical advice and without the consent of the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 8/21/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date