UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 10-436 (KSH)

YANEIRA PERDOMO : O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Yaneira Perdomo to comply with certain conditions of supervised release imposed on May 17, 2011, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Carol Gillen, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on September 10, 2012 to having violated Condition No. 10 of the Standard Conditions of Supervised Release, which required that she refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance or any paraphernalia related to such substances, except as prescribed by a physician; and for good cause shown;

IT IS on this 10th day of September, 2012,

**ORDERED** that the term of supervised release is hereby revoked;

IT IS FURTHER **ORDERED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 4 months, with credit given for all time the defendant has been incarcerated since her arrest on August 22, 2012;

IT IS FURTHER **ORDERED** that upon release from imprisonment, no term of supervised release shall be imposed upon the defendant;

IT IS FURTHER **ORDERED** that Violation 2 of the Violation Report dated August 21, 2012 is hereby dismissed; and

IT IS RECOMMENDED that the Bureau of Prisons assign the defendant to a facility near the defendant's home address.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge